**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Emma Doe, a minor, by and through her guardians ad litem, John Doe and Jane Doe,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC and Alphabet Inc.,<br><br>Defendants. | Case No. 5:26-cv-13205-SVK<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br>AS MODIFIED<br>Magistrate Judge Susan van Keulen |

The Court has considered Plaintiff's Administrative Motion to Remove Incorrectly Filed Document and the supporting Declaration of Will Horowitz. Good cause appearing, the motion is **GRANTED**, and the Court **ORDERS** as follows:

1. The Clerk shall remove Exhibit A to Defendants' Notice of Removal (ECF No. 1-1) from the public docket and replace it with the corrected version of Exhibit A attached as Exhibit 1 to the Declaration of Will Horowitz (ECF No. [6-2]). Public access to the original document shall remain restricted until it is replaced.

~~2. If the Clerk cannot replace the document within the existing docket entry, the Clerk shall permanently remove ECF No. 1-1 from the public docket and file the corrected version as a separate docket entry, which shall be deemed Exhibit A to the Notice of Removal for all purposes.~~

**IT IS SO ORDERED.**

Dated: November 16, 2026

Susan van Keulen

Hon. Susan van Keulen
United States Magistrate Judge