**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Emma Doe, a minor, by and through her guardians ad litem, John Doe and Jane Doe,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC and Alphabet Inc.,<br><br>Defendants. | Case No. 5:26-cv-13205-SVK<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Magistrate Judge Susan van Keulen |

The Court has considered Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Administrative Motion to Remove Incorrectly Filed Document and Supporting Declaration. The Court finds that good cause, and compelling reasons, support sealing the material identified below, and that the request is narrowly tailored. Civil L.R. 79-5(c). The motion is **GRANTED**. The following material shall remain under seal:

| Document | Text to Be Sealed | Basis for Sealing |
|---|---|---|
| Plaintiff's Administrative Motion to Remove Incorrectly Filed Document (ECF No. [7-3] | Highlighted portions at 1:24; 2:6–10; 2:21–27; and 3:4–9 | Describes private information concerning the minor Plaintiff; disclosure would defeat the purpose of the motion to remove. |
| Declaration of Will Horowitz (ECF No. [7-4]) | Highlighted portions of ¶¶ 3 and 7, at 2:5–9 and 3:1–3 | Same. |

The public redacted versions of these documents (ECF Nos. [6] and [6-1]) shall remain on the public docket.

**IT IS SO ORDERED.**

Dated: November 16, 2026

Hon. Susan van Keulen
United States Magistrate Judge